UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Vidale McDowell**,

  Plaintiff,                Hon. Bernard A. Friedman
                       Case No. 03-CV-75140-DT

vs.

**City of Detroit**, a municipal corporation,
Police Chief **Jerry Oliver**, in his official
and individual capacity, Detroit Police Officer
**Derryck Thomas**, Investigator
**Andrew Sims**, and John Doe,

  Defendants.
_____/
Jeffrey A. Taylor  (P-46505)        John A. Schapka  (P-36731)
Attorney for Plaintiff           Attorney for City and Sims
17515 West Nine Mile Road, Suite 135    City of Detroit Law Department
Southfield, Michigan 48075         1650 First National Building
(561) 242-5223             Detroit, Michigan  48226
                    (313) 224-4550   ext 73062

_____/

## STIPULATION TO DISMISS CAUSE

  The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that an Order be entered forthwith dismissing the said cause with prejudice and without costs and attorney fees to any party.

S/Jeffrey Taylor              S/John A. Schapka

Jeffrey A. Taylor  (P-46505)        John A. Schapka (P-36731)
Jeffery A. Taylor & Associates, P.C.
Attorney for Plaintiff           Attorney for Defendants
17515 West Nine Mile Road, Suite 135    City of Detroit Law Department
Southfield, Michigan 48075         1650 First National Building
(248) 559-5480             Detroit, Michigan  48226
jtlaw@mac.com             (313) 224-4550   ext 23142
                    schaj@law.ci.detroit.mi.us