UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Vidale McDowell**,

      Plaintiff,                                    Hon. Bernard A. Friedman
                                                    Case No. 03-CV-75140-DT

vs.

**City of Detroit**, a municipal corporation,
Police Chief **Jerry Oliver**, in his official
and individual capacity, Detroit Police Officer
**Derryck Thomas**, Investigator
**Andrew Sims**, and John Doe,

      Defendants.
_____/

Jeffrey A. Taylor  (P-46505)         John A. Schapka  (P-36731)
Attorney for Plaintiff                      Attorney for City and Sims
17515 West Nine Mile Road, Suite 135   City of Detroit Law Department
Southfield, Michigan 48075             1650 First National Building
(561) 242-5223                              Detroit, Michigan  48226
                                                       (313) 224-4550    ext 73062
_____/

## ORDER TO DISMISS CAUSE

At a session of the said Court held in the
Courthouse, City of Detroit, County of Wayne,
Michigan on 2/27/06

     Present: Honorable   Bernard A. Friedman
                                 District Court Judge

      Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED** that the within cause be dismissed with prejudice and without costs and without attorney fees to any party; all pending claims are hereby resolved and this case is now closed.

                                                 s/Bernard A. Friedman
                                                  District Court Judge